[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  16-15644
Non-Argument Calendar
_____

D.C. Docket No. 4:15-cr-00038-CDL-MSH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RALPH JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 27, 2017)

Before HULL, WILSON and BLACK, Circuit Judges.

PER CURIAM:

David L. Roberts, appointed counsel for Ralph Johnson in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED** and Johnson's conviction and sentence is **AFFIRMED**.